FILED
03/29/2019
*Peg L. Allison*
CLERK
Flathead County District Court
STATE OF MONTANA
By: Cassandra Loveless
DV-15-2019-0000269-PI
Allison, Robert B
1.00

Alexander (Zander) Blewett, III
HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT   59403-2807
Telephone: (406) 761-1960
Fax: (406) 761-7186

*Attorneys for Plaintiff*

MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| AUSTIN HILDE, | Cause No. DV-15-2019-0000269-PI |
| Plaintiff, | Hon. Judge Robert B Allison |
| v. | **COMPLAINT AND JURY DEMAND** |
| STURM, RUGER & CO., INC., | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

For his claims against Defendant, Plaintiff states and alleges as follows:

1. Plaintiff, Austin Hilde, is a resident of Kalispell, Flathead County, Montana.

2. Defendant, Sturm, Ruger & Co., Inc. (Sturm Ruger), is a company engaged in the business of selling firearms.

3. Sturm Ruger designed and manufactured a Ruger M-77 Rifle, Serial Number: 71-73366, which rifle was improperly designed and was in a defective condition unreasonably dangerous to a user or consumer.

4. This rifle was designed in such a way that the user was required to disengage the safety before ejecting a shell.

5. Sturm Ruger designed and manufactured this rifle in such a way that when the safety was disengaged, the rifle would unexpectedly fire by a slight force applied to the pistol grip without ever engaging the trigger.

6. Sturm Ruger also designed and manufactured this rifle in such a way that the trigger overtravel set screw can move too readily and can cause the rifle to fire unexpectedly with the safety off.  Ruger recognized this defect and sent a notice to owners of Ruger M-77 bolt action rifles admitting this defect.

7. On November 22, 2017, the owner of this rifle, Wayne Morgan, disengaged the safety to eject a round from the rifle, when he slipped, grabbed the pistol grip, and the rifle discharged, striking Austin Hilden and causing him grievous personal injury.

8. Sturm Ruger is liable for all the physical harm caused to Austin Hilde in an amount to be proven at the time of trial.

9. Sturm Ruger is guilty of actual malice, pursuant to § 27-1-221, MCA, and should be assessed punitive damages by the jury.

WHEREFORE, Plaintiff prays for judgment against Defendant Sturm Ruger as follows:

1. For all of his compensatory damages to be proven at the time of trial.
2. For punitive damages in an amount to be determined by the jury.
3. For his costs and disbursements incurred.

DATED this 29th day of March, 2019.

HOYT & BLEWETT PLLC

By: ___/s/ Alexander Blewett, III___
Alexander (Zander) Blewett III
P.O. Box 2807
Great Falls, MT  59403-2807

*Attorneys for Plaintiff*

//
//
//
//
//

## **JURY DEMAND**

Plaintiff demands that all issues be tried before a jury.

DATED this 29th day of March, 2019.

                HOYT & BLEWETT PLLC

                By:    /s/ Alexander Blewett, III
                       Alexander (Zander) Blewett III
                       P.O. Box 2807
                       Great Falls, MT  59403-2807

*Attorneys for Plaintiff*