IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| AUSTIN HILDE,<br><br>Plaintiff,<br><br>vs.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | CV 19–73–M–DLC<br><br>ORDER |

Before the Court is Defendant's Unopposed Motion for *Pro Hac Vice* Admission of James Vogts and Consent (Doc. 7). Defendant states that Robert M. Carlson will act as local counsel for Vogts. After review, the Court finds that Vogts has failed to submit an affidavit that fully complies with this Court's Local Rule 83.1(d)(3). Pursuant to Local Rule 83.1(d)(3)(J), Vogts must submit an affidavit stating his compliance with Montana Rule of Professional Conduct 8.5. Consequently,

IT IS ORDERED that Defendant's Motion (Doc. 7) is DENIED WITHOUT PREJUDICE.

DATED this 10th day of May, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court