IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| AUSTIN HILDE, <br><br> Plaintiff, <br><br> vs. <br><br> STURM, RUGER & CO., INC., <br><br> Defendant. | CV 19–73–M–DLC <br><br> ORDER |

Before the Court is Defendant's Unopposed Amended Motion for *Pro Hac Vice* Admission of James Vogts and Consent (Doc. 10). Defendant states that Robert M. Carlson will act as local counsel for Vogts. Vogts' application appears to be in order. Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 10) is GRANTED on the condition that Vogts shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Vogts shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Vogts shall file a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order. Should Vogts fail to do so, this Order is subject to withdrawal.

DATED this 17th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court