IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AUSTIN HILDE,<br><br>Plaintiff,<br><br>vs.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | CV 19–73–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 13),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The preliminary pretrial conference set for June 20, 2019, is VACATED.

DATED this 4th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court